Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:18-cv-01171-VKD |
| Plaintiff, | Honorable Virginia K. DeMarchi |
| vs. | **PLAINTIFF'S *EX-PARTE* APPLICATION FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| JOHN DOE subscriber assigned IP address 67.188.81.70, | |
| Defendant. | |

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this Second *Ex-Parte* Application for entry of an order adjourning the Initial Case Management Conference scheduled for May 21, 2018, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity was initially only known by their Internet service provider ("ISP").

2. On March 23, 2018, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identifying information [CM/ECF 9].  Plaintiff issued the subpoena on or about April 20, 2018 and received the ISP response on or about June 6, 2018.

1

3.      Plaintiff is currently investigating whether the individual identified by the ISP is the appropriate defendant for this action before attempting to serve process on that individual.

4.      Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines filed February 22, 2018, a Case Management Conference was scheduled for May 29, 2018 at 1:30 p.m. [CM/ECF 5].

5.      On May 4, 2018, the Court continued the Case Management Conference to June 26, 2018 at 1:30 p.m. [CM/ECF 10].

6.      Prior to the conference, the parties are required to confer and submit to the Court a proposed Case Management Statement.  Because Defendant has not been served, Plaintiff has not been able to confer with Defendant regarding the Case Management Statement.

7.      For the foregoing reasons, Plaintiff respectfully requests that the Initial Case Management Conference be adjourned until after Defendant has been served with the summons and Complaint.

8.      This application is made in good faith and not for the purpose of undue delay.

9.      This is Plaintiff's first request for an adjournment.  None of the parties will be prejudiced by the granting of this adjournment.

WHEREFORE, Plaintiff respectfully requests that the Initial Case Management Conference currently scheduled for June 26, 2018 be adjourned until after the Defendant has been served with the summons and Complaint. A proposed order is attached for the Court's convenience.

Dated:  June 19, 2018                                         Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
FOX ROTHSCHILD LLP
*Attorney for Plaintiff*